United States District Court
Southern District of Texas
ENTERED

AUG 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 31 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER MENDOZA | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CAUSE NO. B-97-228 |
| | § | |
| GARY L. JOHNSON, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 29, 1998 should be ADOPTED. The Petitioner's claims are barred by limitations and he has not exhausted his state remedies.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the Respondent's Motion to Dismiss is hereby GRANTED and Javier Mendoza's Motion pursuant to 28 U.S.C. § 2254 should and is hereby DISMISSED.

Done this 31st day of July, 1998, in Brownsville, Texas.

Filemon B. Vela
United States District Judge